Danforth v. Prison Health Services (12-10159)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DANFORTH,

    Plaintiff,

Case No. 12-cv-10159
HON. BERNARD A. FRIEDMAN
MAG. JUDGE DAVID R. GRAND

vs.

PRISON HEALTH SERVICES, et al.,

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge David Grand's Report and Recommendation ("R&R") dated March 22, 2013 [docket entry 55]. The applicable defendants have not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge David Grand's Report and Recommendation dated March 22, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the motion to dismiss submitted by defendants Coleman, McGuire and Prison Health Services is denied without prejudice.

Dated: April 18, 2013       S/ Bernard A. Friedman_____
    Detroit, Michigan       BERNARD A. FRIEDMAN
    SENIOR UNITED STATES DISTRICT JUDGE