UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. DANFORTH,

    Plaintiff,                                 Civil Action No. 12-cv-10159
                                                HON. BERNARD A. FRIEDMAN
vs.                                                    MAG. JUDGE DAVID R. GRAND

PRISON HEALTH SERVICES,
et al.,

    Defendants.
_____/

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge David R. Grand's Report and Recommendation ("R&R") dated June 20, 2013 [docket entry 68], in which he recommends that the Court grant plaintiff's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) [docket entry 66]. Plaintiff has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge David R. Grand's Report and Recommendation dated June 20, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's motion for voluntary dismissal is granted.

IT IS FURTHER ORDERED that the PHS defendants' motion to dismiss the amended complaint is denied as moot [docket entry 60].


Dated: July 10, 2013                    S/ Bernard A. Friedman_____
       Detroit, Michigan                BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE