UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. DANFORTH,

        Plaintiff,                            Civil Action No. 12-cv-10159
                                               HON. BERNARD A. FRIEDMAN
vs.                                                 MAG. JUDGE DAVID R. GRAND

PRISON HEALTH SERVICES,
et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

      The Court having granted plaintiff's motion to voluntary dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is hereby,

      ORDERED that the above-entitled action is dismissed without prejudice.

Dated: July 10, 2013                S/ Bernard A. Friedman____
      Detroit, Michigan            BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE